## STATE v. LATHINGHOUSE.

(Filed 21 October, 1931.)

APPEAL by defendant from *Devin, J.,* at June Term, 1931, of CARTERET. No error.

*Attorney-General Brummitt and Assistant Attorney-General Seawell for the State.*
*W. B. R. Guion for defendant.*

PER CURIAM. The defendant was convicted of involuntary man-slaughter. The State's evidence tended to show that he unintentionally caused the death of Glennie Lewis by operating an automobile on a public highway with culpable negligence. The defendant's evidence tended to show that the injury resulted from unavoidable accident. The contentions of the parties were clearly presented to the jury, and the charge of the court explained the law as declared in *S. v. Rountree,* 181 N. C., 535, and the cases therein cited. We find

No error.